# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# CASE NO.: 5:21-CV-110-D

| | |
|---|---|
| **FREEDOM INDUSTRIES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **WALBRIDGE ALDINGER LLC,** | ) |
| **TRAVELERS CASUALTY AND** | ) |
| **SURETY COMPANY OF AMERICA,** | ) |
| **ZURICH AMERICAN INSURANCE** | ) |
| **COMPANY, and FIDELITY AND** | ) |
| **DEPOSIT COMPANY OF** | ) |
| **MARYLAND,** | ) |
| | ) |
| **Defendants.** | ) |

## CONSENT ORDER STAYING ALL PROCEEDINGS

This matter is before the Court on the Defendants' Motion to Stay (Doc. No.: 10). The Parties, having consulted with each other on Defendants' motion and come to an agreement on the need to stay these proceedings at the present time, have consented to the entry of a stay of this action. The Court, having reviewed the motion and upon the Parties' consent to entry of a stay, finds that good cause exists to enter a stay of these proceedings and so this Consent Order is hereby entered.

It is now **ORDERED** that all proceedings and deadlines in this action are stayed until such time as either party requests that the stay be lifted or upon further order of this Court. This stay applies to all other pending motions and all deadlines in the previously-entered Scheduling Order (Doc. No.: 9). The Parties shall submit a revised discovery plan within fourteen (14) days of the stay being lifted.

This the 13 day of August, 2021.

                                                       /s/ Dever
                                                      James C. Dever III
                                                      United States District Judge

**CONSENTED TO BY:**

| /s/William R. Sparrow | /s/R. Jeremy Sugg |
|---|---|
| William R. Sparrow | R. Jeremy Sugg |
| Bugg & Wolf, P.A. | Lincoln Derr PLLC |
| 411 Andrews Road, Suite 170 | 4350 Congress Street, Suite 575 |
| Durham, NC 27701 | Charlotte, NC 28209 |
| 919-383-9431 | 704-496-4500 |
| sparrow@buggwolf.com | Jeremy.sugg@lincolnderr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

X:\WP\Freedom Industries\Walbridge Aldinger\Pleadings\Drafts\Proposed Consent Order Entering Stay.docx